IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:09-CR-000237 |
| v. | (Judge Brann) |
| DARTANINE RANSOM, | |
| Defendant. | |

# ORDER

**AND NOW**, this 23rd day of April 2018, **IT IS HEREBY ORDERED** that Defendant Dartanine Ransom's Motion for Recommendation for Residential Re-entry Center (ECF No. 28) is **DENIED** at this time. Mr. Ransom may, if he so chooses, refile this motion within six months.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge